PER CURIAM.
Affirmed. See: Morey v. State, 72 Fla. 45, 72 So. 490 (1916); Johns v. Ford Motor Credit Company, 226 So.2d 403 (Fla.1st D.C.A. 1969); Hale v. State, 238 So.2d 471 (Fla.lst D.C.A. 1970); State v. Alvarez, 258 So.2d 24 (Fla.3rd D.C.A. 1972); Breedlove v. State, 295 So.2d 654 (Fla.3rd D.C.A. 1974); Mitchell v. State, 321 So.2d 108 (Fla.lst D.C.A. 1975); Sykes v. State, 329 So.2d 356 (Fla.1st D.C.A. 1976).